# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY BARRERA                                          NO.   2022 CW 0876

VERSUS

JOHN DOE, BYRON HOLMES, AND                     **OCTOBER 11, 2022**
SAFE AUTO INSURANCE COMPANY

---

In Re:    Safe Auto Insurance Company, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 202111377.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                            **JMG**
                            **EW**

   **Whipple, C.J.,** would not consider the writ application, but
would provide relator the opportunity to refile its writ
application with documentation to show whether the motion for
new trial filed by Plaintiff, Jeffrey Barrera, was timely.

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

---
DEPUTY CLERK OF COURT
     FOR THE COURT